CAUSE NO. 2878 & 2879     54,453-03

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITAL STATION, AUSTIN. TEXAS

EX PARTE

78711

July 15, 2015

ERNEST BENTON

## WRIT OF MANDAMUS

DEAR HONORABLE SAID JUDGE OF THIS COURT:

COMES NOW, ERNEST BENTON, Defendant pro se and presents this Motiom for Writ of Mandamus to Order said following Court to transmit Defendant's 2015 filed 11.07 Writ application to the Court of Criminal appeals of Texas pursuant to Texas Code of Criminal Procedures Art.11.07 section citing that all said filed application shall be transmitted after State's Attorney and Trial Court has had time to review any matigating issues and to had a chance to resolve any said issues presented on a 11.07 application;

This said Honorable Court has jurisdiction pursuant to article 4.04 sec.1 and sec.2 of Texas Code of Criminal Procedure.

This said Honorable Court [Texas Court of Criminal Appeals] can request this 11,07 from the Collingsworth County Clerk or/and order the Said Judge of 100th. Judicial District Court to order said clerk to transmit said 11.07 applicantion!McCree v. Hampton,824 SE2d 578, 579(1992)!

Re;Tr.#2878 and Tr.#2879 to 11.07 writ mailed off May 13,2015?

Respectfully Submitted;

_Ernest Benton_

Ernest Benton   Dated; 18 46243

2664 FM 2054

Tennnessee Colony,Texas 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk